UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

DENNIS NEUGEBAUER,

      Plaintiff,

vs.

AMERICAN FAMILY MUTUAL
INSURANCE COMPANY,

      Defendant.

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

4:15-cv-04189-KES

ADMISSION OF SERVICE

      Larry D. Deiter, as the Director of the South Dakota Division of Insurance, admits service of true and correct copies of the Summons and Plaintiff's Complaint and Demand for Jury Trial on behalf of the Defendant American Family Mutual Insurance Company pertaining to the above-captioned action.

      Dated at Pierre, South Dakota, on the 21st day of December, 2015.

SOUTH DAKOTA DIVISION OF INSURANCE

By: _____
Larry D. Deiter, Its Director