UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| DENNIS NEUGEBAUER,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY,<br><br>　　　　　　Defendant. | 4:15-CV-04189-KES<br><br><br>JUDGMENT OF DISMISSAL |

Under the parties' joint stipulation for dismissal (Docket 39), it is

ORDERED, ADJUDGED, AND DECREED that the above-entitled action is dismissed with prejudice and without costs to either party.

DATED this 16th day of September, 2016.

　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　*Karen E. Schreier*
　　　　　　　　　　　　KAREN E. SCHREIER
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE